■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY WILLIAMS, Appellant.—Judgment of the Supreme Court, Kings County (Juviler, J.), rendered June 29, 1983, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY WILLIAMS, Appellant.—Amended judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered November 9, 1983, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALONZO COOK, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Slifkin, J.), entered February 22, 1984, which denied the petition and dismissed the writ of habeas corpus.

Judgment affirmed, without costs or disbursements.

Based upon the evidence before it, Special Term correctly concluded that the petitioner received timely notice of the preliminary parole revocation hearing and also received a timely hearing. Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.